Fill in this information to identify the case:

Debtor name: Keast Enterprises Inc.
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF IOWA
Case number (if known): 18-00856

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| PHI Financial Services<br>PO Box 660635<br>Dallas, TX 75266 | Credit Manager<br><br>(800) 248-4030 | 2016 seed | | | | $289,281.84 |
| Hardi North America Inc.<br>c/o Benjamin J. Patterson, Esq.<br>Lane & Waterman LLP<br>220 N. Main St., Ste. 600<br>Davenport, IA 52801 | | Judgment<br>Scott County<br>LACE129609 | | | | $151,342.04 |
| First National Bank<br>PO Box 30207<br>Omaha, NE 68103 | Credit Manager<br><br>(402) 602-3022 | Credit cards | | | | $73,009.38 |
| REM Inc.<br>1886 217th Road<br>Boone, IA 50036 | | Equipment | | | | $70,176.78 |
| Rem Batco Inc.<br>PO Box 1750<br>Swift Current, SK<br>S9H 4J8<br>CANADA | | Equipment | | | | $68,389.67 |
| International Ag Insurance Solutions<br>33249 Collection Center Drive<br>Chicago, IL 60643-0332 | Paul Larsen, Agent<br><br>(712) 249-2672 | Insurance premiums | | | | $33,670.12 |
| RCIS<br>PO Box 38<br>Becker, MN 55308-0038 | Paul Larsen, Agent<br><br>(712) 249-2672 | Hail insurance | | | | $29,621.76 |
| Norwood Sales, Inc.<br>11202 38th St. South<br>Horace, ND 58047 | | Equipment and credit refund | | | | $29,322.77 |

Debtor __Keast Enterprises Inc._____   Case number *(if known)* __18-00856__
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Walinga USA, Inc.<br>1190 Electric Avenue<br>Wayland, MI 49348 | | Equipment | | | | $25,850.83 |
| Agriland FS, Inc.<br>421 North 10th St.<br>Winterset, IA 50273 | Credit Manager<br><br>(515) 462-5353 | Fuel | | | | $17,095.02 |
| Lamson, Dugan & Murray LLP<br>30306 Regency Parkway Drive<br>Omaha, NE 68114 | Office Manager<br><br>(402) 397-7300 | Attorney fees | | | | $12,022.97 |
| AgriVision Equipment Group, LLC<br>Box 218<br>Macedonia, IA 51549 | | Repairs | | | | $10,516.39 |
| Lee Agri-Media<br>c/o Lee Newspapers<br>PO Box 742548<br>Cincinnati, OH 45274-2548 | | Advertising | | | | $10,174.17 |
| Titan Machinery<br>502 W. High St., PO Box 218<br>Avoca, IA 51521-0218 | Credit Manager<br><br>(712) 343-6351 | Repairs | | | | $8,894.37 |
| AgriVision Group, LLC<br>40459 Pioneer Trail<br>Macedonia, IA 51549 | Credit Manager<br><br>(712) 623-4858 | Repairs | | | | $8,594.51 |
| Four F Farms, Inc.<br>13418 425th Street<br>Carson, IA 51525 | Credit Manager<br><br>(402) 740-2480 | Trucking | | | | $8,532.59 |
| Schuler Mfg. & Equip. Co. Inc.<br>63724 Richland Road<br>Griswold, IA 51535 | | Equipment | | | | $8,511.30 |
| Total Farm Solutions<br>PO Box 248<br>Carson, IA 51525 | Credit Manager<br><br>(712) 484-3488 | Feed | | | | $8,477.19 |
| Bricktown Media<br>210 Park Ave., Ste. 1300<br>Oklahoma City, OK 73102 | | Advertising | | | | $6,028.80 |

| Debtor | Keast Enterprises Inc. | | | Case number (if known) | 18-00856 | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| LightBox Systems 1606 Hwy. 44 Harlan, IA 51537 | Credit Manager  (712) 744-3165 | Tech support | | | | $5,060.99 |