UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Cyclone Cattle, LLC, | ) | Case No.  18-00858-als11 |
| | ) | |
| | ) | **APPOINTMENT OF** |
| Debtor. | ) | **COMMITTEE OF UNSECURED CREDITORS** |

The U.S. Trustee for Region 12 hereby appoints the following person/entities to the Official Committee of Unsecured Creditors in the above case:

Creditors:  Agriland FS
Attn: Keith Becker
421 N. 10th St.
Winterset, IA 50273
Ph: (515) 462-5368
Kbecker@agrilandFS.com

Peters Law Firm, P.C.
Attn: Lyle W. Ditmars
PO Box 1078
Council Bluffs, IA 51502
Ph: (712) 328-3157
Fax: (712) 328-9092
LyleDitmars@hotmail.com

CFI Tire Service Inc.
Attn: Scott Glenn
1520 E. So. Omaha Bridge Rd.
Council Bluffs, IA 51503
Ph: (712) 388-9744
Fax: (712) 309-0019
Scott@cfitirecb.com

Keith Becker is hereby designated as Acting Chairperson of said Committee pending selection by the Committee members of a permanent Chairperson.

In order to make the Committee more representative, the right to add or remove members of the Committee is reserved.

**James L Snyder**
Acting United States Trustee
Region 12

By: /s/ L. Ashley Zubal
**L. Ashley Zubal**
ID # IS9998256
Federal Building, Room 793
210 Walnut Street
Des Moines, Iowa 50309-2108
Ph: (515) 323-2269 / Fax: 284-4986
Ashley.Zubal@usdoj.gov

1

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was sent to the parties below on May 1, 2018.

Parties receiving electronic service:

- Dustan J Cross    dcross@gislason.com, mdove@gislason.com,rschwarzrock@gislason.com,jburgau@gislason.com
- Robert C Gainer    rgainer@cutlerfirm.com, mdeaver@cutlerfirm.com
- Jeffrey D Goetz    bankruptcyefile@bradshawlaw.com, goetz.jeffrey@bradshawlaw.com;carpe.pamela@bradshawlaw.com;warner.barbara@bradshawlaw.com
- Marcus F Gross    mgross@sdsllaw.com
- Krystal R Mikkilineni    mikkilineni.krystal@bradshawlaw.com, warner.barbara@bradshawlaw.com;carpe.pamela@bradshawlaw.com;bankruptcyefile@bradshawlaw.com
- David W Nelmark    dnelmark@gislason.com, cmendenhall@gislason.com;jhall@gislason.com
- Richard C Schenck    rschenck@sdsllaw.com
- United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
- L Ashley Zubal    USTPRegion12.DM.ECF@usdoj.gov, ashley.zubal@usdoj.gov,james.l.snyder@usdoj.gov

Parties receiving hand or mailed service:

Cyclone Cattle, LLC
45565 Aspen Road
Henderson, IA 51541

                                                       By:/s/ Shelly W. Fellner
                                                         **Shelly W. Fellner**
                                                         Legal Clerk
                                                         United States Trustee's Office